UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------x

Raymond Roosa,

                                Plaintiff,

-v.-

First National Collection Bureau, Inc.,
Resurgent Capital Services L.P.,
CACH, LLC,

                                Defendants.

---------------------------------------------------------------------------x

Civil Action No:
2:21-cv-20446-MCA-ESK

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendants in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 6, 2022

| For Plaintiff Raymond Roosa | For Defendant First National Collection Bureau, Inc, Resurgent Capital Services L.P., And Cach, LLC |
|---|---|
| /s/ Yaakov Saks<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>ysaks@steinsakslegal.com | ./s/ Jacquelyn Alena Dicicco<br>Jacquelyn Alena Decicco<br>J Robbin Law PLLC<br>200 Business Park Drive Ste 103<br>Armonk, NY 10504<br>Ph: (914)685-5017<br>Jacquelyn.dicicco@jrobbinlaw.com |

SO ORDERED

_s/Madeline Cox Arleo_
MADELINE COX ARLEO, U.S.D.J.

Date: 12/7/22